# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**June 29, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00527 | State v. Stone | Affirmed |

**July 12, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00416 | Arquette v. State | Affirmed |

**July 13, 2012**

| | | |
|---|---|---|
| CAAP–10–00 00106 | Sakatani v. Murakami | Vacated |

**July 16, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00695 | State v. Apollonio | Affirmed |

**July 18, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00461 | Carter v. State | Affirmed |

**July 20, 2012**

| | | |
|---|---|---|
| CAAP–11–00 00595 | De La Garza v. State | Affirmed |
| CAAP–10–00 00222 | Rodrigues v. City and County of Honolulu Bd. of Water Supply | Affirmed |
| CAAP–11–00 00311 | State v. Akiu | Affirmed |

**July 25, 2012**

| | | |
|---|---|---|
| CAAP–10–00 00205 | State v. Beard | Affirmed |